UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **MONICA SCRUGGS,** § | |
| *Plaintiff,* § | |
| § | |
| v. § | **CASE NO.: 1:17-CV-00391-MAC** |
| § | |
| **CHARTER COMMUNICATIONS, INC.** § | |
| **d/b/a SPECTRUM, and THE CMI** § | |
| **GROUP, INC. d/b/a A TO Z CALL** § | |
| **CENTER SERVICES, LP,** § | |
| *Defendants.* § | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff MONICA SCRUGGS ("**Plaintiff**") and Defendant, A TO Z CALL CENTER SERVICES, LP (erroneously named in complaint, "The CMI Group, Inc., d/b/a/ A to Z Call Center Services, LP") ("**A to Z Call Center Services**") file their *Joint Stipulation of Dismissal without Prejudice* pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and hereby stipulate that all claims against A to Z Call Center Services shall be dismissed without prejudice and that the Clerk mark the Court file accordingly.

Dated: April 30, 2018.                                    Respectfully Submitted,

MARCUS & ZELMAN LLC                                       MALONE AKERLY MARTIN PLLC

By: /s/ Yitzchak Zelman                                   By: /s/ Robbie Malone
    YITZCHAK ZELMAN                                             ROBBIE MALONE
    New Jersey State Bar No. 015872012                           State Bar No. 12876450
    Email: yzelman@marcuszelman.com                               Email: rmalone@mamlaw.com
    1500 Allaire Avenue, Suite 101                               EUGENE XERXES MARTIN, IV
    Ocean, NJ  07712                                             State Bar No. 24078928
    TEL: 732-695-3282                                            Email: xmartin@mamlaw.com
    FAX: 732-298-6256                                            JIN S. SHIN
                                                                 State Bar No. 24096295
***COUNSEL FOR PLAINTIFF***                                   Email: jshin@mamlaw.com
                                                                 Northpark Central, Suite 1850
                                                                 8750 North Central Expressway
                                                                 Dallas, Texas 75231
                                                                 TEL: (214) 346-2630
                                                                 FAX: (214) 346-2631

***COUNSEL FOR DEFENDANT A TO Z CALL CENTER SERVICES, LP***

BELLINGER & SUBERG, LLP

By: /s/ Lindsey Clay Cummings
    LINDSEY CLAY CUMMINGS
    State Bar No. 05226900
    Email: lcummings@bellingersuberg.com
    Bellinger & DeWolf, LLP
    10000 N Central Expwy
    Suite 900
    Dallas, TX 75231
    214/954-9540

***COUNSEL FOR DEFENDANT CHARTER COMMUNICATIONS, INC. d/b/a SPECTRUM***