| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| MONICA SCRUGGS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:17-CV-391 |
| | § | |
| CHARTER COMMUNICATIONS, INC. | § | |
| and THE CMI GROUP, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Plaintiff Monica Scruggs ("Plaintiff") and Defendant A to Z Call Center Services, LP's ("A to Z Call Center Services") Joint Stipulation of Dismissal Without Prejudice (#24), filed on April 30, 2018, is granted. Accordingly, the court dismisses A to Z Call Center Services without prejudice. Plaintiff's remaining claims against Defendant Charter Communications, Inc., d/b/a Spectrum, remain pending.

SIGNED at Beaumont, Texas, this 1st day of May, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE