UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| MONICA SCRUGGS,<br><br>        Plaintiff,<br><br>- against -<br><br>CHARTER COMMUNICATIONS, INC. d/b/a SPECTRUM,<br><br>        Defendant. | Docket No: 1:17-cv-00391 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of her claims against Defendant CHARTER COMMUNICATIONS, INC. d/b/a SPECTRUM in the above-captioned matter, with prejudice. A proposed Order of Dismissal is annexed hereto as Exhibit A.

Dated:   September 12, 2018

| | |
|---|---|
| /s/ Yitzchak Zelman | /s/ Lindsey Clay Cummings |
| Yitzchak Zelman, Esq. | Lindsey Clay Cummings, Esq. |
| MARCUS & ZELMAN, LLC | BELLINGER & SUBERG, LLP |
| 701 Cookman Avenue, Suite 300 | 10000 N. Central Expressway, Suite 900 |
| Asbury Park, NJ 07712 | Dallas, TX 75231 |
| Tel: (732) 695-3282 | Tel: (214) 954-9540 |
| Email: yzelman@marcuszelman.com | Email: lcummings@bellingersuberg.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Monica Scruggs* | *Charter Communications, Inc. d/b/a Spectrum* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| MONICA SCRUGGS,<br><br>                            Plaintiff,<br><br>- against -<br><br>CHARTER COMMUNICATIONS, INC. d/b/a SPECTRUM,<br><br>                            Defendant. | Docket No: 1:17-cv-00391 |

## **DISMISSAL ORDER**

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' September 12, 2018 Joint Stipulation of Dismissal, all claims asserted against Defendant CHARTER COMMUNICATIONS, INC. d/b/a SPECTRUM in Civil Action No: 1:17-cv-00391, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS _____ day of _____, 2018.**