| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

MONICA SCRUGGS, §
§
      Plaintiff, §
§
*versus* §   CIVIL ACTION NO. 1:17-CV-391
§
CHARTER COMMUNICATIONS, INC. §
and THE CMI GROUP, INC., §
§
      Defendants. §

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal (#26), filed September 12, 2018, this action is dismissed in its entirety, with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Plano, Texas, this 12th day of September, 2018.

*[signature: Marcia A. Crone]*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE